IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00612-WDM-PAC

STEPHANIE B. PURVIS and
JOHN W. PURVIS, IV,

      Plaintiff,

v.

TRANS UNION, LLC., a foreign corporation, and
VERIZON WIRELESS, LLC.,
a foreign corporation,

      Defendants,

---

### ORDER RE: PLAINTIFFS' MOTION TO RESCHEDULE THE AUGUST 29, 2005 SCHEDULING/PLANNING CONFERENCE

August 8, 2005,

The Court, having read Plaintiffs' Motion to Reschedule the August 29, 2005 Scheduling/Planning Conference, and being fully advised, hereby ORDERS as follows:

It is hereby ORDERED that Plaintiffs' Motion to Reschedule the August 29, 2005 Scheduling/Planning Conference is GRANTED finding good cause shown. The Scheduling/Planning Conference set for 8:30 a.m. on August 29, 2005, is VACATED and reset for September 7, 2005 at 8:30 a.m. A proposed Scheduling Order is due on or before September 2, 2005.

                                s/ PATRICIA A. COAN
                                Patricia A. Coan
                                United States Magistrate Judge