IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00612-WDM-PAC

STEPHANIE B. PURVIS AND
JOHN W. PURVIS, IV,

    Plaintiff,

v.

TRANS UNION LLC, and
VERIZON WIRELESS, LLC.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to defendant Verizon Wireless, LLC only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 5, 2006.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL